UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

          Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

          Defendants.

Case No. C20-1452-JCC-MLP

ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on the parties' stipulated motion to amend the Court's previously issued pretrial scheduling order. (*See* Dkt. ## 14, 28.) It appears from the record that good cause exists to amend the scheduling order given that the Court recently granted Plaintiff leave to amend his complaint to add new claims to this action. Accordingly, the parties' stipulated motion to amend the pretrial scheduling order (dkt. # 28) is GRANTED, and the pretrial schedule is amended as follows:

| Event | Date |
| --- | --- |
| Expert disclosures | 7/26/2021 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 8/9/2021 |

ORDER GRANTING STIPULATED MOTION
TO AMEND SCHEDULING ORDER - 1

| | | |
|---|---|---|
| 1 | Discovery to be completed by | 9/8/2021 |
| 2, 3 | All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 10/8/2021 |

The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 27th day of April, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO AMEND SCHEDULING ORDER - 2