UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

                              Plaintiff,

          v.

STATE OF WASHINGTON, *et al*.,

                              Defendants.

Case No. C20-1452-JCC-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On October 8, 2021, Defendants filed a motion for summary judgment in this matter together with supporting declarations and exhibits. (*See* dkt. ## 30-32.) Included in Defendants' exhibits are excerpts of Plaintiff's deposition testimony. (Dkt. # 31-1, Ex. 1.) A review of Defendants' motion and the accompanying exhibits reveals that there are pages of Plaintiff's deposition testimony cited in the motion that were not included in the exhibits. Specifically, Defendants' motion cites to Plaintiff's deposition at 104:20-105:6, but only page 104 of the deposition testimony was included in the excerpts provided. (*See* dkt. ## 30 at 9, 31-1 at 21.)

MINUTE ORDER - 1

Defendants additionally cite to Plaintiff's deposition at 15:10-16:4, but neither of those pages were included in the excerpts provided. (*See* dkt. ## 30 at 10, 31-1 at 3-25.)

In order to ensure that the record in this matter is complete, the Court will require Defendants to submit the missing pages before it proceeds to disposition of their pending motion. Accordingly, Defendants are directed to submit to the Court, not later than **Friday, January 14, 2022**, the pages of Plaintiff's deposition testimony identified above. A ruling on Defendants' motion will follow in due course.

The Clerk is directed to send copies of this Minute Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 11th day of January, 2022.

Ravi Subramanian
Clerk of Court

By: /s/Sandra Rawski
Deputy Clerk

MINUTE ORDER - 2