THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHT, | CASE NO. C20-1452-JCC |
| Plaintiff, | MINUSE ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.,* | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 50). Pursuant to Local Rule 7(h)(3), the Court REQUESTS a response from Defendants containing no more than four pages of argument by March 22, 2022. No reply brief is authorized.

The Clerk is DIRECTED to renote Plaintiff's motion for reconsideration (Dkt. No. 50) to March 22, 2022.

DATED this 8th day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C20-1452-JCC
PAGE - 1